IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON WILLIAMS**                                                **PLAINTIFF**

**V.**                  **CASE NO. 3:19-CV-302-KGB-BD**

**TY FRAISER,** *et al.*                                           **DEFENDANTS**

**ORDER**

Clarence Anderson filed this federal civil rights lawsuit on behalf of Kevin Jones, Brandon Williams, and himself. (Docket entry #1) Each Plaintiff will litigate his claims in a separate lawsuit.

Mr. Williams has filed a complete application to proceed *in forma pauperis* (IFP). Accordingly, his motion for leave to proceed IFP (#3) is GRANTED.

**I.**      **IFP Application:**

Prisoners proceeding IFP in civil cases must pay a $350.00 filing fee. 28 U.S.C. §1915(b)(1). But because they cannot afford to pay the filing fee in a lump sum, money is withdrawn from their jail trust fund accounts in monthly installments to pay the fee. 28 U.S.C. § 1915(b)(1)-(2).

Based on the information in Mr. Williams's IFP application, the Court will not assess any payment at this time. His custodians, however, will collect the $350.00 fee by withdrawing monthly payments equal to 20% of the preceding month's income credited to Mr. Williams's jail trust account (when the amount in his account exceeds $10.00), until the filing fee is paid in full. Payments should clearly identify the name and number assigned to this action.

The Clerk of Court is directed to send a copy of this Order to the Arkansas Department of Correction Trust Fund Centralized Banking Office, P.O. Box 8908, Pine Bluff, Arkansas 71611, the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612, and the Warden of the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401.

## II. Screening:

As noted, Clarence Anderson filed this lawsuit on behalf of Mr. Williams and Mr. Jones. In the complaint, Mr. Anderson conclusively states that inmates have "been denied proper medical treatment, recreation, chaplain, and news." (#1 at p.4) In addition, he states that the Defendants were aware of the "black mold infestation" at the Detention Facility. Because Mr. Williams has not explained how the Defendants have violated his constitutional rights specifically, he must file an amended complaint to clarify his constitutional claims.

In his amended complaint, Mr. Williams must specifically state how each Defendant violated his rights and state the injury he suffered as a result of the violations. He must file his amended complaint within 30 days. If Mr. Williams does not clarify his claims in an amended complaint as directed, his claims may be dismissed. Local Rule 5.5.

IT IS SO ORDERED, this 5th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE