IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON WILLIAMS**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 3:19-CV-302-KGB-BD**

**TY FRAISER,** *et al.*                                                                                       **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.     Procedure for Filing Objections**

This Recommendation for dismissal has been sent to Judge Kristine G. Baker. Mr. Williams may file written objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Williams does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Clarence Anderson filed a federal civil rights lawsuit on behalf of Kevin Jones, Brandon Williams, and himself. (Docket entry #1) Each Plaintiff's claims were opened as a separate lawsuit.

In the original complaint, Mr. Anderson alleged that inmates were "denied proper medical treatment, recreation, chaplain, and news" at the Craighead County Detention Facility. (#1 at p.4) In addition, he alleged that the Defendants were aware of "black mold

infestation" at the Detention Facility. Because Mr. Williams did not explain how the Defendants violated <u>his</u> constitutional rights specifically, the Court ordered him to file an amended complaint within 30 days of December 5, 2019, to state how each Defendant violated his rights and describe the injury he suffered as a result of the violations. Mr. Williams was cautioned that his lawsuit could be dismissed if he did not amend his complaint within the time allowed.

To date, Mr. Williams has failed to file an amended complaint, and the time to comply has passed. As the record stands, Mr. Williams has not stated a constitutional claim against the Defendants.

## III. Conclusion

The Court recommends that Mr. Williams's claims be DISMISSED, without prejudice, based on his failure to amend his complaint, as ordered, and his failure to prosecute this lawsuit.

DATED this 9th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE