# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRANDON WILLIAMS**                                                                 **PLAINTIFF**

v.                      **Case No. 3:19-cv-00302-KGB**

**TY FRASIER, Correctional Officer,**
**Craighead County Detention Center,** *et al.*                       **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 5). Plaintiff Brandon Williams has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Williams's complaint for failure to amend his complaint, as ordered, and failure to prosecute this lawsuit (Dkt. Nos. 1; 5, at 2).

It is so ordered this the 8th day of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge