IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON WILLIAMS**                                              **PLAINTIFF**

v.                      **Case No. 3:19-cv-00302-KGB**

**TY FRASIER, Correctional Officer,**
**Craighead County Detention Center,** *et al.*                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Brandon Williams's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 8th day of January, 2021.

_____
Kristine G. Baker
United States District Judge